IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

MICHAEL T. WERNER, #01481362 §

VS. § CIVIL ACTION NO. 4:11cv587

DIRECTOR, TDCJ-CID §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Amos L. Mazzant, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be denied and dismissed with prejudice because it was not timely filed. Petitioner filed objections.

In Petitioner's objections, he reiterates claims that his court-appointed attorney asked for payment of $20,000, stating that he would do a "better job for me." Petitioner also states that there are grounds to support his claims of ineffective assistance of counsel, improper questioning by police, and bribery by his court-appointed attorney. However, he presents nothing to show that he timely filed his petition or that he is entitled to equitable tolling. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for writ of habeas corpus is **DENIED** and Petitioner's case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. Finally, it is

1

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **18** day of **September, 2012.**

_____
Ron Clark, United States District Judge